AHW.14241/MPS/RMW, clb

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DENIQUWIA WILLIAMS, Ind. and a/n/f X.X. and LAQUITA BUCKLE, Ind. and a/n/f X.X. § § § §<br>    *Plaintiffs* § | |
| § | Civil Action No.  3:21-cv-2301 |
| V. § | **Jury Demanded** |
| § | |
| GERALDA REES and ACE HARDWARE CORPORATION § § §<br>*Defendants* § | |

## INDEX OF PLEADINGS
## FILED IN STATE COURT ACTION

Pursuant to 28 U.S.C. § 1447(b), attached hereto are complete true and correct copies of all documents filed in the state court action.

Respectfully submitted,

 */s/ Michael P. Sharp*

**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**ROBYN M. WISE**
State Bar No. 24044002
**FEE, SMITH, SHARP & VITULLO, L.L.P**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Tel:  972-934-9100
Fax:  972-934-9200

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of September, 2021, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District – Dallas Division, using the electronic case filing system of the Court. Based on the electronic records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

*Via Electronic Service*
Timothy R. Reilley
Max Murphy
Reyes Browne Reilley
8222 Douglas Avenue
Suite 400
Dallas, TX  75225
*Email:  tim@reyeslaw.com*
*max@reyeslaw.com*

*/s/ Michael P. Sharp*
_____
**MICHAEL P. SHARP**

# **INDEX**

1. 08/25/2021    Plaintiffs' Original Petition

2. 08/27/2021    Citation issued for Defendant Ace Hardware Corporation

3. 08/27/2021    Citation issued for Defendant Geralda Rees

4. 09/01/2021    Return of Service for Defendant Ace Hardware Corporation

5. 09/01/2021    Return of Service for Defendant Geralda Rees

6. 09/27/2021    Defendants' Original Answer and Jury Demand